29 A.3d 366

David SHEPPARD, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 8, 2011.

## ORDER

PER CURIAM.

AND NOW, this 8th day of August, 2011, the appeal is DISMISSED due to Appellant's failure to file a brief. The Application for Summary Relief/Application for Stay is DISMISSED AS MOOT.